## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### February 16, 2005

[Cite as *02/16/2005 Case Announcements*, 2005-Ohio-531.]

## MERIT DECISIONS WITHOUT OPINIONS

**2004–2037. State ex rel. Sherman v. Sargeant.**
In Mandamus and Procedendo. On complaint of Robert Franklin Sherman. On S.Ct.Prac.R. X(5) determination, cause dismissed.

RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., concur.

MOYER, C.J., and O'DONNELL, J., dissent and would grant an alternative writ.